IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LARRY D. WHITE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:02-CV-1406-T |
| | ) | WO |
| LAMAR GLOVER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on April 14, 2005, (Doc. 24), that the defendants' motion for summary judgment be granted, this case be dismissed with prejudice, and the costs of this proceedings be taxed against the plaintiff.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of April, 2005.

                                                         /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE